147 A.3d 396

## TIFFANY

v.

## UNIVERSITY OF MARYLAND, COLLEGE PARK

Pet. Docket No. 329, Sept. Term, 2016

Court of Appeals of Maryland.

October 28, 2016

Opinion of the Court of Special Appeals unreported (No. 1130, Sept. Term, 2015).

Petition for writ of certiorari granted.

■

147 A.3d 396

## ALLI

v.

## ROSENBERG

Pet. Docket No. 313, Sept.Term, 2016

Court of Appeals of Maryland.

October 31, 2016

Dismissed by the Court of Special Appeals (No. 1285, Sept. Term, 2015).

Petition for writ of certiorari denied.